# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-11277
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 21, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BONIFACIO GOROSTIETA-CASAS,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CR-267-1

Before JONES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Bonifacio Gorostieta-Casas raises an argument that is foreclosed by *Almendarez-Torres v. United States,* 523 U.S. 224, 228, 235 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. Accordingly, the motion for summary affirmance is GRANTED, the alternative

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-11277

motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.